IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

05 - CV - 02455

Civil Action No. _____

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

#143385

Faud HRNJIC _____, Plaintiff,

Parker Police Department, GARY GCRLACH, Joe _____, ____ _____
Matt Stonebreaker, Paul D'Amato, Mark Stoutes, John Moreland
Office of the State Public Defender David Kaplin / Christine BRIGHAM
_____ + _____ + The office of the State ____ Attorney David Chambers
Deputy District Attorney Melissa E. Weyant, John Doe + Jane Doe 1-100
Judges Roe 1 2 3
And all officials / staff / staff currently not known by name
but will be added at later date with the above defendants,
_____, Defendant(s).
all in their official and individual capacities ...

---

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security

therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

42 U.S.C. 1983 prisoner civil rights
_____
Title IV of Civil Right ___ ___ 1964
18 23

(Rev. 4/15/02)

4.  My assets and their value are listed below:  (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

5.  Are you in imminent danger of serious physical injury?

    ___ Yes ___ No  (CHECK ONE).  If you answered yes, briefly explain your answer:

    Relating to my present

    Wes investigation for Abuse Lawsuit

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _____
                      (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action.  You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                          2