IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 0 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02455-BNB

FAUD HRNJIC,

       Plaintiff,

v.

PARKER POLICE DEPARTMENT,
GARY GERLACH,
JOE CUMMINGS,
JOE HARTLEY,
MATT STONEBERGER,
PAUL D'AMBRA,
MITCH STEWART,
JOHN MORELAND,
OFFICE OF THE STATE PUBLIC DEFENDER DAVID KAPLAN,
CHRISTINE BRIGLIAM,
JOHN DOE & JANE DOE 1-100,
OFFICE OF THE STATE DISTRICT ATTORNEY CAROL CHAMBERS,
DEPUTY DISTRICT ATTORNEY MELISSA E. WEYANT,
JOHN DOE & JANE DOE 1-100,
JUDGE DOE 1, 2, & 3, and
ALL OFFICIALS/SHERIFFS/STAFF CURRENTLY NOT KNOWN BY NAME BUT WILL
      BE ADDED AT A LATER DATE WITH THE ABOVE DEFENDANTS,

       Defendants.

---

## ORDER AND JUDGMENT OF DISMISSAL

---

Plaintiff Faud Hrnjic is confined at the Denver County Jail. Mr. Hrnjic initiated

this action by filing **pro se** a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. On December 6, 2005, Magistrate Judge O. Edward

Schlatter entered an order directing the clerk of the Court to commence a civil action

and directing Mr. Hrnjic to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Schlatter ordered Mr. Hrnjic to file a complaint and to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Hrnjic was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Hrnjic has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Schlatter's December 6 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* is denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of the Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19 day of _____January_____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-02455-BNB

Fuad Hrnjic
Prisoner No. 1433083
Denver County Jail
PO Box 1108
Denver, CO 80201


     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1 /20/06


GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk